UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-11749 |
| | ) | |
| JEROME RESURRECCION JR. | ) | Chapter:  13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

This cause, coming on to be heard pursuant to the Motion of Linden Grove II Condominium Association to modify the automatic stay, Linden Grove II Condominium Association appearing by counsel, Ronald J. Kapustka of Kovitz Shifrin Nesbit, and the Court, being duly advised in the premises:

NOW ORDERS:

1. The Motion of Linden Grove II Condominium Association to Modify the Automatic Stay is hereby granted.

2. Linden Grove II Condominium Association is hereby permitted to proceed with its forcible entry and detainer action in respect to the property commonly known as 2424 West Farragut Avenue, Unit 2A, Chicago, Illinois to file its lien on the property and to collect assessments against the Debtor pre and post-petition.

3. Linden Grove II Condominium Association is hereby granted leave to file an unsecured Proof of Claim for the deficiency balance, if any, resulting from the sale of the real property and such Proof of Claim shall be deemed timely.

4. Rule 4001 (a) (3) is not applicable, and the effect of this order is not stayed.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  November 04, 2015

**Prepared by:**

Ronald J. Kapustka
Kovitz Shifrin Nesbit
175 North Archer, Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
ARDC No. 6203095
KSN FILE (CLIN003-61006)