UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )   BK No.: 15-11749
JEROME RESURRECCION )
) Chapter: 13
)
) Honorable Pamela S. Hollis
)
)
Debtor(s) )

## ORDER MODIFYING AUTOMATIC STAY

This cause coming on to be heard upon the Motion to Modify Automatic Stay filed by THE MONEY SOURCE, INC. due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay against THE MONEY SOURCE, INC. be and the same is modified pursuant to Section 362(d) of the United States Bankruptcy Code and THE MONEY SOURCE, INC. shall have the right to initiate or proceed with mortgage foreclosure proceedings in connection with the real estate located at 2424 W FARRAGUT AVE., 2A, CHICAGO, IL 60625 (Real Estate).

IT IS FURTHER ORDERED that the Proof of Claim filed on behalf of THE MONEY SOURCE, INC. in connection with the Real Estate shall hereby be withdrawn.

IT IS FURTHER ORDERED that the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: November 25, 2015

**Prepared by:**

HAUSELMAN, RAPPIN & OLSWANG, LTD.
29 E Madison St., Suite 950
Chicago, Illinois  60602